**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DEMETRIS GOLDSBERRY**                                          **PLAINTIFF**

V.                     **CASE NO. 4:15CV00338-SWW**

**C. COKE, et al.**                                                     **DEFENDANTS**

## **ORDER**

On June 9, 2015, Demetris Goldsberry, an inmate in the Hot Spring County Jail, filed a Complaint (docket entry #1) under 42 U.S.C. § 1983. Mr. Goldsberry claims that his constitutional rights were violated during the events leading up to, and including, his arrest by Malvern Police Department officers.

Malvern, Arkansas is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 16th day of June, 2015.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE